UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART ASK AGENCY,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No. 24-cv-10906<br><br>Hon. Steven C. Seeger |

## FINAL JUDGMENT ORDER

This Court hereby enters final judgment in favor of Plaintiff Art Ask Agency ("ANNE STOKES" or "Plaintiff") and against the Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified on Schedule A ("Defaulting Defendants") as follows:

1. Pursuant to 17 U.S.C. § 504(c), Plaintiff is awarded statutory damages against each of the Defaulting Defendants in the amount of one thousand dollars ($1,000) for willful use of counterfeit ANNE STOKES Copyrights in connection with the sale of products through at least Defendants Online Marketplace.

2. Plaintiff may enforce this Final Judgment Order as provided in the Federal Rules of Civil Procedure.

3. The Court finds that there is no just reason for delay in entering this judgment under Rule 54(b).

This is a Final Judgment.

Date: June 24, 2025

Steven C. Seeger
United States District Judge