UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART ASK AGENCY,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No: 24-cv-10906<br><br>Hon. Steven C. Seeger |

**PERMANENT INJUNCTION ORDER**

This Court hereby enters a permanent injunction in favor of Plaintiff Art Ask Agency ("Plaintiff") and against the Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified on Schedule A ("Defaulting Defendants") as follows:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, by, through, under, or with them are permanently enjoined from:

    a. using the ANNE STOKES Copyrights or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine ANNE STOKES Product or is not authorized by Plaintiff to be sold in connection with the ANNE STOKES Copyrights;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine ANNE STOKES Product or any other product produced by Plaintiff, that

        is not Plaintiff's or is not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the ANNE STOKES Copyrights;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing the ANNE STOKES Copyrights and damaging Plaintiff's goodwill; and

e. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of the ANNE STOKES Copyrights or any reproductions, counterfeit copies or colorable imitations thereof.

The ANNE STOKES Copyrights include the federally registered Copyrights covered by U.S. Copyright Registration Nos. VA 2-152-019 for "Spell Weaver", VA 2-152-045 for "Dark Hearts", VA 2-152-048 for "Protector", VA 2-152-055 for "Gothic Prayer", VA 2-152-057 for "Blue Moon", VA 2-152-058 for "Dragonkin", VA 2-152-061 for "Spirit Guide", VA 2-152-063 for "Kindred Spirits", VA 2-152-064 for "Angel Rose", VA 2-152-065 for "Summon the Reaper", VA 2-152-067 for "Aracnafaria", VA 2-152-068 for "Enchantment", VA 2-261-829 for "Awake Your Magic", VA 2-271-514 for "Glimpse of a Unicorn", VA 2-271-518 for "Woodland Guardian", VA 2-271-652 for "Gothic Guardian", VA 2-272-041 for "Pirate Skull", VA 2-272-043 for "Unicorn Heart", VA 2-272-075 for "Dragons Lair", VA 2-272-210 for "Skull Embrace", VA 2-272-273 for "Final Verdict", VA 2-272-364 for "Rock God", VA

2-328-695 for "Soul Bond", VA 2-328-696 for "Spellbound", VA 2-328-698 for "Prayer for the Fallen", VA 2-328-699 for "Fire Dragon", VA 2-328-700 for "Realm of Enchantment", VA 2-328-701 for "Forest Walk", VA 2-328-702 for "Copperwing", VA 2-328-703 for "Midnight Messenger", VA 2-328-704 for "Water Dragon", VA 2-328-705 for "Dragon Beauty", VA 2-329-205 for "Celtic Dragon 1", VA 2-329-166 for "Celtic Dragon 2", VA 2-348-535 for "Lost Soul" for and "VA 2-348-533 for Immortal Flight.

Date:   June 24, 2025                           _____
                                                                   Steven C. Seeger
                                                                    United States District Judge

## AMENDED SCHEDULE A

| No. | Defendant Name / Alias |
|---|---|
| 1 | Nalaprint |
| 2 | Zerelam |
| 3 | Metal DArt |
| 4 | A Family With A Beautiful Life Store |
| 5 | Comfort Zone A Store |
| 6 | FH Personality Print Store |
| 7 | Golden Beans Bloom Store |
| 8 | Home Textile Products Boutique Shop Store |
| 9 | Home Textile Store Store |
| 10 | MJQ Clothes Store |
| 11 | Mr. Dong&#39;s Shop Store |
| 12 | Products That Make You Comfortable Store |
| 13 | Shop1103333742 Store |
| 14 | Shop1103672033 Store |
| 15 | Shop1103742919 Store |
| 16 | Shop1103835209 Store |
| 17 | Shop1103853897 Store |
| 18 | Shop1103940315 Store |
| 19 | Shop1103944348 Store |
| 20 | Shop1103946316 Store |
| 21 | Shop1104058362 Store |
| 22 | Shop1104071454 Store |
| 23 | Shop1104076642 Store |
| 24 | Shop5844267 Store |
| 25 | Sky Star Store |
| 26 | TM Dog Store |
| 27 | TM Lucky Cat Store |
| 28 | TM Meow Store |
| 29 | Guangzhou Zhaoxiang Jewellery Factory |
| 30 | Yiwu City Mj Jewelry Co., Ltd. |
| 31 | Wonder Print Shop |
| 32 | 1st Ireland |
| 33 | 59vibefashion |
| 34 | Amirugs |
| 35 | anaslady |
| 36 | Beddingaholic |
| 37 | DAYMIRA |
| 38 | FASHIONART30INC |
| 39 | Fox Ecommerce |
| 40 | Jezsport |
| 42 | lovemyfamilyforever |

| | |
|---|---|
| 43 | LyLyPrint |
| 44 | northmyths |
| 45 | PersonalizedFury |
| 46 | Personalizedwitch |
| 47 | Perspirature |
| 48 | Polynesian Pride |
| 49 | Printitize |
| 50 | Printyfly |
| 51 | Sandjest |
| 52 | Tatkuink |
| 53 | Teejeep |
| 54 | AMMX'shop |
| 55 | anqinglachedianzishangwuyouxiangongsi |
| 57 | ASAISWO |
| 58 | ATELIER DIVIN |
| 59 | BAOYONGAO |
| 62 | Best lazat |
| 65 | Blissfull Store |
| 68 | BySilverStone Store |
| 69 | CAMLFETG |
| 70 | Chan HK Store |
| 71 | Changjin Trading |
| 72 | Creaion |
| 74 | dongsenshangmaohang |
| 77 | Friction nano yue |
| 78 | gChengKeJiYouXianGongSi |
| 79 | Gold Sun Store |
| 80 | Guangzhou Meiniao Trading Co., Ltd. |
| 81 | guangzhoutangbingshangmaoyouxiangongsi |
| 84 | haikousuluoqimaoyiyouxiangongsi |
| 85 | Honest Business 0612 |
| 86 | jiajiaxin |
| 87 | jinchengjiangchangshangmaoyouxiangongsi |
| 89 | JWCreationsFromUS |
| 92 | kkdedianpu |
| 93 | linyandan03 |
| 95 | liudanda123 |
| 96 | LONG HNMJF |
| 97 | luolijunchaoshi |
| 98 | luoyanglanmishengwukejiyouxiangongsi |
| 100 | masuangw from US. |
| 101 | MeigoArt |
| 102 | MinartTM |
| 106 | OMER FARUK TATLI |

5

| 108 | ouyuxingss from US. |
|---|---|
| 109 | Pengeru |
| 112 | qingfeibaihuo688 |
| 113 | Qinlunuho Resin Mold |
| 114 | QM Vikings Costumes US |
| 115 | QUANQIUYA |
| 116 | Sicogo |
| 118 | SILKEPA |
| 120 | TUNWIN |
| 121 | US-TANG |
| 123 | Wang Tongzhu |
| 124 | Wanlong Spring Tree |
| 129 | YaCang |
| 130 | YFX High-Quality Jewelry Store |
| 131 | YIBIPIN |
| 133 | YINMY |
| 135 | Zheng Junhao |
| 136 | zhengli666 |
| 139 | zyiuxisius |
| 140 | Ali Didi Store |
| 141 | BBTHBDNBY OKOK 337 Store |
| 142 | Beautiful Decorations Store |
| 143 | Berin Store |
| 144 | Boutique Home Textile Store Store |
| 145 | Butterfly Orchid Store |
| 146 | Design Cushion Cover Store |
| 147 | Direct T-shirt Store |
| 148 | Dynamic Threads Store |
| 149 | earlfamily XII Store |
| 150 | ESSO Store |
| 151 | FJ-MM DECOR Store |
| 152 | Flex Fashion Store |
| 153 | FU-066 Store |
| 154 | High Quality Household Products Store |
| 155 | Home Goods Home Textile Shop Store |
| 156 | Home Of Vigour Store |
| 157 | iSticker Store |
| 158 | Jeans Fritz Shop258666store Store |
| 159 | Justin Bieber Store |
| 160 | KPL08 Store |
| 161 | LIDUS Bedding Store |
| 162 | Men's 3D Clothing Store |
| 163 | Mitown Store |
| 164 | Mr Mirror Store |

| | |
|---|---|
| 165 | Olivia Beauty Store |
| 166 | Pick Me Fashion Store |
| 167 | REN- The Gate Of Art Store |
| 168 | Same Style For Men And Women Store |
| 169 | SAZQA Store |
| 170 | Serendipity Delights Store |
| 171 | Shop1102778172 Store |
| 172 | Shop1102831416 Store |
| 173 | Shop1102843995 Store |
| 174 | Shop1102940053 Store |
| 175 | Shop1103187412 Store |
| 176 | Shop1103212689 Store |
| 177 | Shop1103268620 Store |
| 178 | Shop1103297004 Store |
| 179 | Shop1103334756 Store |
| 180 | Shop1103669295 Store |
| 181 | Shop1103676033 Store |
| 182 | Shop1103682753 Store |
| 183 | Shop1103732056 Store |
| 184 | Shop1103739458 Store |
| 185 | Shop1103745393 Store |
| 186 | Shop1103786053 Store |
| 187 | Shop1103805152 Store |
| 188 | Shop1103857896 Store |
| 189 | Shop1103858140 Store |
| 190 | Shop1103876527 Store |
| 191 | Shop1103879481 Store |
| 192 | Shop1103885809 Store |
| 193 | Shop1103931219 Store |
| 194 | Shop1103936364 Store |
| 195 | Shop1103938195 Store |
| 196 | Shop1103940100 Store |
| 197 | Shop1103949298 Store |
| 198 | Shop1103972196 Store |
| 199 | Shop1103973193 Store |
| 200 | Shop1103981186 Store |
| 201 | Shop1103983035 Store |
| 202 | Shop1103984124 Store |
| 203 | Shop1103993994 Store |
| 204 | Shop1103995308 Store |
| 205 | Shop1104001463 Store |
| 206 | Shop1104001559 Store |
| 207 | Shop1104002496 Store |
| 208 | Shop1104002653 Store |

| | |
|---|---|
| 209 | Shop1104029940 Store |
| 210 | Shop1104030079 Store |
| 211 | Shop1104035939 Store |
| 212 | Shop1104055022 Store |
| 213 | Shop1104057932 Store |
| 214 | Shop2544001 Store |
| 215 | TeeTee 205 Store |
| 216 | TOP MEN SHOP Store |
| 217 | World Peace Shop Store |
| 218 | Yoyama Store |
| 219 | YQ Outdoor Sport Store |
| 220 | YYEZA Store |
| 221 | Big Buzz Company Limited |
| 222 | Dongguan Cifira Jewelry Co., Ltd |
| 223 | Dongguan Mework Metal Jewelry Company Limited |
| 224 | Green Forest Accessories Co., Ltd. |
| 225 | Guangzhou Housaile E-Commerce Co., Ltd. |
| 226 | Guangzhou Panz Smart Technology Co., Ltd. |
| 227 | Huizhou Bobon Clothing Co., Ltd. |
| 228 | Lead Mountain County Best Garment Factory |
| 229 | Lensky Imaging Technology (guangzhou) Co., Ltd. |
| 230 | Nanchang Chixiong Trading Co., Ltd. |
| 231 | Nanchang Faqi Garment Co., Ltd. |
| 232 | Quanzhou Wanqi Supply Chain Management Co., Ltd. |
| 233 | Rmk e ticaret |
| 234 | Shangrao Caidu Clothing Co., Ltd. |
| 235 | Shenzhen Baisi Sports Goods Co., Ltd. |
| 236 | Shenzhen Hengda Xin Jewelry Co., Ltd. |
| 237 | Xuchang Chisu Trading Co., Ltd. |
| 238 | Yancheng Fair Imp&Exp Trade Co., Ltd. |
| 239 | Yiwu Blues Commerce Co., Ltd. |
| 240 | Yiwu Cekun Jewelry Co., Ltd. |
| 241 | Yiwu Chaolang Trading Co., Ltd. |
| 242 | Yiwu City Hancai Import And Export Co., Ltd. |
| 243 | Yiwu Ruiqu Clothing Co., Ltd. |
| 244 | Yiwu SanLan Jewelry Co., Ltd. |
| 245 | Yiwu Vancy Arts And Crafts Co., Ltd. |
| 246 | Yiwu Victory Technology Co., Ltd. |
| 247 | Yiwu Weiti Trading Firm |
| 248 | Yiwu Yaolu Trading Co., Ltd. |
| 249 | Yiwu Zhixin Trading Co., Ltd. |
| 250 | Zhejiang Dongzheng Craft Products Co., Ltd. |
| 251 | Zhejiang Xiangxing Industry & Trade Co., Ltd. |
| 252 | Zhengzhou Damulin Industry and Trade Co., Ltd. |

| | |
|---|---|
| 253 | AEROFARA-MINI PC |
| 254 | BOXIANGTAIFUSHI |
| 255 | Chen Leisure clothing |
| 256 | chuangmiaomaoyi |
| 257 | CiliU Diamond Painting Store |
| 258 | HUANGZEJ |
| 259 | jiayimaoyi |
| 260 | juechang |
| 261 | longhaixinghuigongyinglian |
| 262 | luhuarao21 |
| 263 | mengchengwangluo |
| 264 | Mirthy Merch |
| 265 | shunyiwangluo |
| 266 | Sunch |
| 267 | TAOQUANQ |
| 268 | tianjin Double Europe |
| 269 | xiamenxishuomaoyi |
| 270 | zhangzhoukafennizhizhipinyouxiangongsi |
| 271 | A clam is pregnant with two pe |
| 272 | Conure GOOD |
| 273 | EliteAttire |
| 274 | Hot business firm |
| 275 | Metal Masterpieces |
| 276 | Painted round workshop |
| 277 | Red and purple |
| 278 | Unique Qianqiu |
| 279 | UrbanBorders |
| 280 | Where Artistry Meets Elegance |
| 281 | Yeaf |