UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ART ASK AGENCY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24-cv-10906 |
| | ) | |
| v. | ) | Judge Steven C. Seeger |
| | ) | |
| THE INDIVIDUALS, CORPORATIONS, | ) | |
| LIMITED LIABILITY COMPANIES, | ) | |
| PARTNERSHIPS, AND | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE A HERETO | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on June 24, 2025 [Dkt. No. 67] in favor of ART ASK AGENCY, ("Plaintiff") and against the Defendants identified in Amended Schedule A. Plaintiff acknowledges payment of an agreed upon damages amount, costs and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| No. | Seller Name |
|---|---|
| 254 | BOXIANGTAIFUSHI |
| 261 | longhaixinghuigongyinglian |
| 263 | mengchengwangluo |
| 265 | shunyiwangluo |
| 269 | xiamenxishuomaoyi |
| 270 | zhangzhoukafennizhizhipinyouxiangongsi |

Therefore, full and complete satisfaction of said judgment as to above-identified Defendant is hereby acknowledged and the Clerk of the Court is hereby authorized and requested to make an entry of the full and complete satisfaction on the docket accordingly.

Respectfully submitted,

Dated: November 21, 2025        By:    <u>s/Michael A. Hierl</u>
Michael A. Hierl
William B. Kalbac
Robert P. McMurray
John Wilson
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com

Attorneys for Plaintiff
ART ASK AGENCY

2

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Satisfaction of Judgment was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on November 21, 2025.

                                                     s/Michael A. Hierl